O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-05203 AHM (JCx) | Date | November 15, 2011 |
|---|---|---|---|
| Title | LAUREN BACHTELL-WILLARS-MARIEN et al v. CITY OF GARDENA et al | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

      In their notice of settlement, the parties informed the Court that Plaintiffs were preparing a Petition to Approve Compromise of a Disputed Claim and Disposition of Proceeds for Minor M.V.M.  Docket No. 52.  The Court orders Plaintiffs to file this petition no later than December 12, 2011.

                                                                                                       :

Initials of Preparer     SMO